IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURWIN D. BLACK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-22-63-SLP |
| | ) |
| CHAD DENNIS, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The undersigned has examined Petitioner's petition for writ of habeas corpus.

**IT IS ORDERED THAT**:

1. Respondent shall file an answer, motion or other response within thirty (30) days from this order's date, consistent with Rule 5 of the Rules Governing Section 2254 Cases.

2. If Respondent files an answer or other response, Petitioner shall file a reply within fifteen (15) days from the filing date. If Respondent files a motion, Petitioner shall file a response within twenty-one (21) days from the filing date. Any motion that is not opposed within 21 days may, in the discretion of the Court, be deemed confessed. LCvR7(g).

3. The Clerk is directed to send the petition and this order to the Attorney General of the State of Oklahoma on Respondent's behalf at the following address: fhc.docket@oag.ok.gov.

**DATED** this 4th day of March, 2022.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE