IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURWIN D. BLACK, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-22-63-SLP |
| | ) |
| CHAD DENNIS, WARDEN, | ) |
| | ) |
|     Respondent. | ) |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS**

COMES NOW Respondent, Mr. Chad Dennis, Warden, and respectfully requests an extension of time of thirty (30) days in which to file a response to the Petition for Writ of Habeas Corpus. In support of this Motion, Respondent states as follows:

1. Per this Court's previous Order (filed March 4, 2022), Respondent's Response to the Petition for Writ of Habeas Corpus is due to be filed by April 3, 2022 (Doc. 6). Respondent has not previously requested an extension of time in this matter.

2. However, since receiving this Court's Order, undersigned counsel's workload has prevented undersigned counsel from fully reviewing, researching, and preparing the Response in this case.

3. In addition to this case, undersigned counsel is currently working on: **1)** Respondent's Objection to Petitioner's First "Motion for Addition of Supplemental Information" and Brief in Support, due on April 11, 2022, in *Donald Leamon Hughart v. Scott Crow, Director*, United States District Court for the Eastern District of Oklahoma, Case No. CIV-19-329-RAW-KEW; **2)** Respondent's Objection to Petitioner's Second

"Motion for Addition of Supplemental Information" and Brief in Support, due on April 11, 2022, in *Donald Leamon Hughart v. Scott Crow, Director*, United States District Court for the Eastern District of Oklahoma, Case No. CIV-19-329-RAW-KEW; **3)** Respondent's Objection to Petitioner's "Motion to Appoint Counsel" and Brief in Support, due on April 15, 2022, in *John Stephen Routt v. Scott Crow, Director*, United States District Court for the Northern District of Oklahoma, Case No. 21-CV-14-JED-JFJ; and **4)** Respondent's Objection to Petitioner's "Motion for Evidentiary Hearing" and Brief in Support, due on April 15, 2022, in *John Stephen Routt v. Scott Crow, Director*, United States District Court for the Northern District of Oklahoma, Case No. 21-CV-14-JED-JFJ.

    4.    Also, since this Court ordered a Response in this case—in addition to working on the above-cited cases—undersigned counsel has worked on (or filed) the following cases: **1)** on March 21, 2022, undersigned counsel filed the Brief of Appellee in *Johnny Alan Brock v. The State of Oklahoma*, Oklahoma Court of Criminal Appeals, Case No. F-2021-390; **2)** on March 23, 2022, undersigned counsel filed Respondent's Objection to Petitioner's "Motion for Respondent to Provide the Complete Record to Petitioner" and Brief in Support in *John Stephen Routt v. Scott Crow, Director*, United States District Court for the Northern District of Oklahoma, Case No. 21-CV-14-JED-JFJ; **3)** on March 23, 2022, undersigned counsel filed Respondent's Objection to Petitioner's "Motion to File Supplemental Grounds, Supplemental Authority, and/or Supplemental Facts After Receipt of Complete Record in this Proceeding" and Brief in Support in *John Stephen Routt v. Scott Crow, Director*, United States District Court for the Northern District of Oklahoma, Case No. 21-CV-14-JED-JFJ; **4)** on March 25, 2022, undersigned counsel—along with co-

counsel—filed Respondent's Objection to Petitioner Benjamin Cole's "Motion for Appointment of Next Friend" and Brief in Support in *Benjamin Cole v. Jim Farris, Warden*, United States District Court for the Northern District of Oklahoma, Case No. 15-CV-49-GKF-CDL; and **5)** on March 31, 2022, undersigned counsel filed the Brief of Appellee in *Parrish Turrell Florence v. The State of Oklahoma*, Oklahoma Court of Criminal Appeals, Case No. RE-2021-492.

5. Moreover, the Petition for Writ of Habeas Corpus and its attached exhibits are voluminous. The Petition itself is 42 pages and contains 11 grounds of error. The exhibits accompanying the Petition span 310 pages. In addition, the trial transcripts, direct appeal original record, and record of post-conviction proceedings are also voluminous. Thus, undersigned counsel requires additional time to review these materials.

6. Petitioner is *pro se* in this matter and has not been contacted regarding this request for an extension of time.

7. Respondent respectfully requests an extension of thirty (30) days from April 3, 2022, within which to file a response to the Petition for Writ of Habeas Corpus.

8. There are no other dates or deadlines in this case that will be impacted by the filing of this pleading after an extension of thirty (30) days.

9. Respondent makes this request in good faith and not for the purpose of delay.

## **RELIEF REQUESTED**

WHEREFORE, Respondent respectfully requests an extension of time of thirty (30) days from April 3, 2022, within which to file a Response to the Petition for Writ of Habeas Corpus.

Respectfully submitted,

**JOHN M. O'CONNOR**
**ATTORNEY GENERAL OF OKLAHOMA**

<u>s/TESSA L. HENRY</u>
**TESSA L. HENRY, OBA #33193**
**ASSISTANT ATTORNEY GENERAL**
313 N.E. 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 (FAX)
fhc.docket@oag.ok.gov

**ATTORNEYS FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

    <u>**X**</u>    I hereby certify that on April 1, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.

    <u>**X**</u>    I hereby certify that on April 1, 2022, I served the attached document by mail on the following, who is not a registered participant of the ECF System:

Curwin D. Black, # 438524
Oklahoma State Reformatory
P.O. Box 514
Granite, OK 73547-0514

<u>s/TESSA L. HENRY</u>

4