# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CURWIN D. BLACK, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-22-63-SLP |
| | ) |
| CHAD DENNIS, WARDEN, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The Court grants Respondent's motion for extension of time to file a response, Doc. 8. Respondent's response is due on or before May 3, 2022.

**SO ORDERED** this 4th day of April, 2022.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE